David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

Attorneys for Plaintiff,
DEWANN WILLIAMS

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| DEWANN WILLIAMS,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>PORTFOLIO RECOVERY ASSOCIATES, INC.,<br><br>　　　　Defendant(s). | Case No.: **2:17-cv-02030-RFB-PAL**<br><br>**NOTICE OF SETTLEMENT BETWEEN DEWANN WILLIAMS AND <u>PORTFOLIO RECOVERY ASSOCIATES, LLC</u>** |

**NOTICE IS HERBY GIVEN** that the dispute between DEWANN WILLIAMS ("Plaintiff") and Defendant PORTFOLIO RECOVERY ASSOCIATES, LLC ("PRA") has been resolved on an individual basis. The parties anticipate filing a Stipulation for Dismissal of the Action as to the named Plaintiff's claims against PRA, with Prejudice, within 60 days. Plaintiff requests

that all pending dates and filing requirements as to PRA be vacated and that the Court set a deadline sixty (60) from present for filing a Dismissal as to PRA.

Dated: August 15, 2017

/s/ David H. Krieger, Esq.
David H. Krieger, Esq.

Attorneys for Plaintiff
*DEWANN WILLIAMS*

**IT IS ORDERED** that plaintiff shall have until **October 16, 2017**, to either file a notice of voluntary dismissal, or a status report advising when the notice of voluntary dismissal will be filed.

Dated: August 15, 2017

Peggy A. Leen
United States Magistrate Judge